FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

**JUN 28 2011**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-015-LDG (PAL) |
| LAURA LAYNEE RHOADES, a.k.a. LAURA LAYNEE RHOADES-YOKOI | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 28, 2011, defendant LAURA LAYNEE RHOADES pled guilty to Count Twelve of an Eighteen-Count Criminal Indictment charging her with Conspiracy to Commit Money Laundering - Concealment, in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i).

This Court finds defendant LAURA LAYNEE RHOADES agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and in the Plea Memorandum. #42.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offense to which defendant LAURA LAYNEE RHOADES pled guilty.

. . .

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code,

2  Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code,

3  Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States

4  Code, Section 982(a)(1):

5    a.    $2,015.00 in U.S. Currency;

6    b.    $1,807.00 in U.S. Currency;

7    c.    $48,920.00 in U.S. Currency;

8    d.    a Ruger .38 cal. revolver, bearing serial number 540-48039;

9    e.    a Taurus PT709, 9mm semi-automatic handgun, bearing serial number TD082373;

10         and,

11   f.    any and all ammunition ("property").

12   This Court finds the United States of America is now entitled to, and should, reduce the

13  aforementioned property to the possession of the United States of America.

14   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

15  United States of America should seize the aforementioned property.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

17  LAURA LAYNEE RHOADES in the aforementioned property is forfeited and is vested in the

18  United States of America and shall be safely held by the United States of America until further order

19  of the Court.

20   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

21  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

22  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

23  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

24  the name and contact information for the government attorney to be served with the petition,

25  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

26                                      2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

2  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5  following address at the time of filing:

6          Michael A. Humphreys
           Assistant United States Attorney
7          Daniel D. Hollingsworth
           Assistant United States Attorney
8          Nevada State Bar No. 1925
           Lloyd D. George United States Courthouse
9          333 Las Vegas Boulevard South, Suite 5000
           Las Vegas, Nevada 89101
10

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
11
   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
12
   following publication of notice of seizure and intent to administratively forfeit the above-described
13
   property.
14
     DATED this _29_ day of _June_____, 2011.
15

16

17

18                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26                                  3